IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

      Plaintiff,                    No. CIV S-11-2784 DAD P

   vs.

N. GRANNIS, et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

/////

/////

/////

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Plaintiff shall submit, within thirty days from the date of this order, a
completed affidavit in support of his request to proceed in forma pauperis on the form provided
by the Clerk of Court;

  2. The Clerk of the Court is directed to send plaintiff a new Application to
Proceed In Forma Pauperis By a Prisoner; and

  3. Plaintiff shall submit, within thirty days from the date of this order, a certified
copy of his prison trust account statement for the six month period immediately preceding the
filing of the complaint.  Plaintiff's failure to comply with this order will result in a
recommendation that this action be dismissed without prejudice.

DATED: November 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md
davi2784.3c+.new