IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

    Plaintiff,

vs.

N. GRANNIS, et al.,

    Defendants.

No. 2: 11-cv-2784 DAD P

<u>ORDER AND</u>

<u>FINDINGS & RECOMMENDATIONS</u>

    By order entered April 3, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On May 24, 2012, plaintiff was granted an additional sixty days in which to file his amended complaint. Sixty days from that date have now expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff has neither consented to nor declined magistrate judge jurisdiction in this matter. Therefore, the Clerk of the Court will be directed to randomly assign a district judge to this action.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

    Furthermore, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; FED. R. CIV. P. 41(b).

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Any response to the objections shall be filed and served
6  within fourteen days after service of the objections.  Plaintiff is advised that failure to file
7  objections within the specified time may waive the right to appeal the District Court's order.
8  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
9  DATED: September 10, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
DAD1/prisoner-civil rights/davi2784.fta.ext