1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID M. DAVID,                              No.  2:11-cv-2784 KJM DAD P

12                  Plaintiff,

13        v.                                      ORDER

14   N. GRANNIS et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed

18   pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion to reinstate his

19   claims against defendants McDonald and Grannis.

20          By way of background, at the time the court screened plaintiff's amended complaint, it

21   determined that liberally construed, plaintiff's complaint appeared to state a cognizable claim

22   under Eighth Amendment for failure to protect against defendants Davey, Beaseley, "Roe",

23   Brown, Schwab, Stoval, Lewis, and Buhay.  The court also determined, however, that plaintiff's

24   amended complaint did not appear to state a cognizable claim against defendants McDonald and

25   Grannis.  Specifically, the court found that plaintiff had not alleged facts in his amended

26   complaint adequately explaining how defendants McDonald and Grannis' actions rose to the level

27   of "deliberate indifference" to his health and safety.

28   /////

1    The court has reviewed plaintiff's amended complaint once again and considered

2    plaintiff's motion to reinstate his claims against defendants McDonald and Grannis.  Again, the

3    court will not order service of plaintiff's amended complaint on defendants McDonald and

4    Grannis.  It is well established that "prison officials have a duty . . . to protect prisoners from

5    violence at the hands of other prisoners."  Farmer v. Brennan, 511 U.S. 825, 833 (1994).  "Being

6    violently assaulted in prison is simply not 'part of the penalty that criminal offenders pay for their

7    offense against society.'"  Id. at 834.  However, prison officials do not incur constitutional

8    liability for every injury suffered by a prisoner at the hands of another prisoner.  Id.  "[P]rison

9    officials who lacked knowledge of a risk cannot be said to have inflicted punishment. . . ."  Id. at

10   844.

11   The allegations of plaintiff's amended complaint concerning the involvement of

12   McDonald and Grannis in the deprivation of his civil rights are too vague and conclusory to state

13   a cognizable Eighth Amendment claim.  See Ashcroft v. Iqbal, 556 U.S. 662, 679 (2009).

14   Specifically, plaintiff has not alleged facts showing that these defendants knew that plaintiff faced

15   a substantial risk of serious harm but failed to take reasonable measures in response to it.  See

16   Farmer v. Brennan, 511 U.S. 825, 847 (1994).  With respect to defendant McDonald, plaintiff

17   alleges only that McDonald's subordinates were on actual notice of an impending murder attempt

18   on plaintiff.  (Am. Compl. at 2.)  Likewise, with respect to defendant Grannis, plaintiff alleges

19   only that he sent an inmate appeal to Sacramento requesting a log number because other

20   defendants had destroyed, rejected, and cancelled his prior inmate appeals, and that appeal was

21   stamped "received" three days before the attack on plaintiff.  (Id.)  Without more, these

22   allegations, even if proven, simply do not rise to the level of "deliberate indifference" to

23   plaintiff's healthy and safety on the part of McDonald and Grannis.

24   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to reinstate his claims

25   against defendants McDonald and Grannis (Doc. No. 18) is denied.  By separate order, the court

26   /////

27   /////

28   /////

1  will direct the United States Marshal to serve plaintiff's amended complaint on the remaining

2  defendants.

3  Dated:  May 21, 2014

4

5  _____
   DALE A. DROZD
6  UNITED STATES MAGISTRATE JUDGE

   DAD:9
   davi2784.mot

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3