UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

Plaintiff,

v.

N. GRANNIS, et al.,

Defendant.

No. 2:11-cv-2784 KJM DB P

ORDER

Plaintiff is a state prisoner proceeding pro se with a civil rights action. In September 2013, the court found service of plaintiff's complaint appropriate on defendants Davey, Beasley, Brown, Schwab, Stovall[1], Lewis, and Buhay. (ECF No. 17.) Defendants Davey, Beasley, Brown, Schwab, Stovall, and Buhay waived service and answered the complaint. (ECF Nos. 26, 28.) Service on defendant Lewis was unsuccessful because the California Department of Corrections and Rehabilitation was unable to locate and/or identify him. (ECF No. 25.) On July 9, 2014, the court advised plaintiff that he must provide additional information to serve defendant Lewis. (ECF No. 27.) Plaintiff was warned that the failure to serve defendant Lewis within 120 days of the filing of the complaint could result in the dismissal of any claims against Lewis. See Fed. R. Civ. P. 4(m). Plaintiff has not provided the appropriate forms to serve defendant Lewis.

[1] This individual is identified as Dr. Stoval in the first amended complaint (ECF No. 15) and as J. Stovall in defendants' answer to the first amended complaint (ECF No. 28).

On June 2, 2016, plaintiff and defendants Davey, Beasley, Brown, Schwab, Stovall, and Buhay participated in a settlement conference and reached an agreement, which was read into the record. On September 2, 2016, plaintiff and defendants Davey, Beasley, Brown, Schwab, Stovall, and Buhay filed a stipulation to dismiss this action with prejudice. (ECF No. 72.) They further agreed that each party would bear its own costs and fees.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice against defendants Davey, Beasley, Brown, Schwab, Stovall, and Buhay and is dismissed without prejudice against defendant Lewis. See Fed. R. Civ. P. 41(a), (b). The Clerk of the Court is directed to close this case.

DATED: September 26, 2016

UNITED STATES DISTRICT JUDGE